**6PROB. 12**
**(Rev. 3/88)**

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

**U. S. A. vs. Nathan Price**                         **Docket No. 2:01CR20202-002**

### Petition on Probation and Supervised Release

COMES NOW  Brenda L. Carpten,  **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of  Nathan Price  who was placed on supervision by the Honorable Julia Smith Gibbons  sitting in the Court at  Memphis, TN  on the 25th day of January, 2002 , who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1.      The defendant shall not open any additional lines of credit without permission of the Probation Officer.

2.      The defendant shall provide access to any requested financial information as directed by the Probation Office.

3.      The defendant shall make full restitution in the amount of $55,680.18.  (Balance: $54,230.18)

*      Supervised Released began on February 18, 2003

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Nathan Price was released to the Northern District of Mississippi (Aberdeen) on February 18, 2003.  Kelly J. Middleton, United States Probation Office (ND/MS), supervised Mr. Price's case, and has recommended that Mr. Price's supervision be allowed to terminate, as scheduled, with an outstanding restitution balance.   Officer Middleton indicated that Mr. Price has made a good faith effort toward repayment, paying a  total of $1,450.00 toward his restitution obligation.

**PRAYING THAT THE COURT WILL ORDER** that Nathan  Price's supervision be allowed to terminate as scheduled on February 17, 2006, with the understanding that the United States Attorney's Office has placed him on the Internal Revenue Service Offset Program and they will be responsible for the continued collection of restitution.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

**ORDER OF COURT**                                      **Respectfully,**

Considered and ordered this 6th day
of December 20 05  and ordered filed
and made a part of the records in the above
case.

_____          _____
United States District  Judge                         Brenda L. Carpten
                                                     United States Probation Officer

                                                     Place: Memphis, Tennessee

                                                     Date   December 5, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 277 in case 2:01-CR-20202 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT